IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| d'Amico Dry d.a.c., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION No. 1:18-00284-KD-MU |
| | ) |
| Nikka Finance, Inc., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Defendant's Emergency Motion for Hearing and Motion to Vacate are currently pending before the Court. (Docs. 11 & 13). Accordingly, it is **ORDERED** that this matter is set for an evidentiary hearing on **Wednesday, June 27, 2018** at **9:00 a.m.** in Courtroom 5A, United States Courthouse, 113 St. Joseph Street, Mobile, AL 36602.

**DONE** the 25th day of June 2018.

                                       /s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**