## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| D'AMICO DRY d.a.c., f/k/a d'Amico Dry Limited, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | | CA 18-0284-KD-MU |
| | : | **IN ADMIRALTY** |
| NIKKA FINANCE, INC., as owner of the M/V SEA GLASS II, | : | |
| Defendant. | | |

## ORDER

A review of the disclosure statement presented by Plaintiff d'Amico Dry d.a.c. f/k/a d'Amico Dry Limited (Doc. 5), pursuant to Civil Local Rule 7.1 and Fed.R.Civ.P. 7.1, has been completed. That review has not revealed any reason to believe that there are potential conflicts of interest that would require disqualification or recusal in this action.

**DONE** and **ORDERED** this the 26th day of June, 2018.

                 s/P. BRADLEY MURRAY
                 **UNITED STATES MAGISTRATE JUDGE**