## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

d'AMICO DRY d.a.c., f/k/a d'Amico Dry  :
Limited,
                                       :
        Plaintiff,
                                       :
vs.                                         CA 18-0284-KD-MU
                                       :    **IN ADMIRALTY**
NIKKA FINANCE, INC., as owner of the
M/V SEA GLASS II,                      :

        Defendant.

## <u>ORDER</u>

Plaintiff's emergent motion to compel (Doc. 87) is **DENIED** and **STRICKEN** to the extent it seeks an immediate written ruling from this Court based on the contents of the written motion. (*See* Doc. 46, ¶ 11.b.) However, the undersigned liberally reads the pleading as Plaintiff's unconventional request (as the moving party) for an informal conference with the undersigned in accordance with the contents of Paragraph 11(b) of the Scheduling Order (Doc. 46, at 5-6) and, read in this manner, will act as mediator and assist the parties in resolving any outstanding issues related to Plaintiff's First Set of Requests for Production on **August 20, 2018,** at **2:00 p.m.**, the same date set for consideration of Defendant Nikka Finance, Inc.'s request for payment of its *custodia legis* expenses (*see* Doc. 85).

**DONE** and **ORDERED** this the 16th day of August, 2018.

                        s/P. BRADLEY MURRAY
                        **UNITED STATES MAGISTRATE JUDGE**