IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| D'AMICO DRY d.a.c., f/k/a D'AMICO DRY LIMITED, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:18-00284-KD-MU |
| NIKKA FINANCE, INC., as Owner of the M/V SEAGLASS II, | : | IN ADMIRALTY |
| Defendant. | : | |

## NOTICE OF SERVICE OF DISCOVERY

Comes now d'Amico Dry d.a.c., f/k/a d'Amico Dry Limited, Plaintiff herein, and gives notice that it has on the 7th day of September, 2018 served all counsel of record with the following via electronic mail:

Second Request for Production to Nikka Finance, Inc.

 */s/ Thomas S. Rue*
Thomas S. Rue (RUETH8241)
J. Ben Segarra (SEGAJ6478)
Attorneys for Plaintiff, d'Amico Dry d.a.c.,
 f/k/a d'Amico Dry Limited
11 North Water Street, Suite 24290
Mobile, Alabama  36602
(t):	(251) 432-0001
(f):	(251) 432-0007
(e):	true@maynardcooper.com
	bsegarra@maynardcooper.com

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.

{04574677.1}	1

                                                   /s/ Thomas L. Tisdale
                                                   Thomas L. Tisdale (Pro Hac Vice)
                                                   Attorney for Plaintiff, d/Amico Dry d.a.c.,
                                                     f/k/a d'Amico Dry Limited
                                                   60 East 42nd Street, Suite 1638
                                                 New York, New York 10165
                                                 Telephone:    (212) 354-0025
                                                 Facsimile:     (212) 869-0067
                                                 E-mail:ttisdale@tisdale-law.com

OF COUNSEL:
TISDALE LAW OFFICES, LLC

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 7th day of September, 2018, filed the foregoing pleading with the Clerk of the Court via the CM/ECF Filing System which will automatically forward an electronic copy of same to all counsel of record.

                                                   /s/Thomas S. Rue