# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| D'AMICO DRY d.a.c., <br> f/k/a D'AMICO DRY LIMITED, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:18-00284-KD-MU |
| NIKKA FINANCE, INC., as Owner of <br> the M/V SEAGLASS II, | : | IN ADMIRALTY |
| Defendant. | : | |

**NOTICE OF SERVICE OF DISCOVERY**

Comes now d'Amico Dry d.a.c., f/k/a d'Amico Dry Limited, Plaintiff herein, and gives notice that it has on the 12th day of July, 2018 served all counsel of record with the following via electronic mail:

1. Rule 26(a) Initial Disclosures;
2. Request for Production to Nikka Finance, Inc.;
3. Notice of 30(b)(6) Deposition of Nikka Finance, Inc.;
4. Notice of Deposition of Paul Coronis;
5. Notice of Deposition of Therinos; and
6. Notice of Deposition of Nicholas Coronis.

/s/ Thomas L. Tisdale
Thomas L. Tisdale (Pro Hac Vice)
Attorney for Plaintiff, d/Amico Dry d.a.c.,
 f/k/a d'Amico Dry Limited
60 East 42nd Street, Suite 1638
New York, New York 10165
Telephone:   (212) 354-0025
Facsimile:   (212) 869-0067
E-mail:ttisdale@tisdale-law.com

OF COUNSEL:
TISDALE LAW OFFICES, LLC

{04505687.1}                                1

        /s/ Thomas S. Rue
Thomas S. Rue (RUETH8241)
J. Ben Segarra (SEGAJ6478)
Attorneys for Plaintiff, d'Amico Dry d.a.c.,
  f/k/a d'Amico Dry Limited
11 North Water Street, Suite 24290
Mobile, Alabama 36602
(t): (251) 432-0001
(f): (251) 432-0007
(e): true@maynardcooper.com
     bsegarra@maynardcooper.com

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 13th day of July, 2018, filed the foregoing pleading with the Clerk of the Court via the CM/ECF Filing System which will automatically forward an electronic copy of same to all counsel of record.

        /s/Thomas J. Tisdale

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| D'AMICO DRY d.a.c., <br> f/k/a D'AMICO DRY LIMITED, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:18-00284-KD-MU |
| NIKKA FINANCE, INC., as Owner of <br> the M/V SEAGLASS II, | : | IN ADMIRALTY |
| Defendant. | : | |

## NOTICE OF SERVICE OF DISCOVERY

Comes now d'Amico Dry d.a.c., f/k/a d'Amico Dry Limited, Plaintiff herein, and gives notice that it has on the 7th day of September, 2018 served all counsel of record with the following via electronic mail:

Second Request for Production to Nikka Finance, Inc.

/s/ Thomas S. Rue
Thomas S. Rue (RUETH8241)
J. Ben Segarra (SEGAJ6478)
Attorneys for Plaintiff, d'Amico Dry d.a.c.,
  f/k/a d'Amico Dry Limited
11 North Water Street, Suite 24290
Mobile, Alabama  36602
(t):    (251) 432-0001
(f):    (251) 432-0007
(e):    true@maynardcooper.com
        bsegarra@maynardcooper.com

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.

{04574677.1}                              1

/s/ Thomas L. Tisdale
Thomas L. Tisdale (Pro Hac Vice)
Attorney for Plaintiff, d/Amico Dry d.a.c.,
 f/k/a d'Amico Dry Limited
60 East 42nd Street, Suite 1638
New York, New York 10165
Telephone:     (212) 354-0025
Facsimile:      (212) 869-0067
E-mail:ttisdale@tisdale-law.com

OF COUNSEL:
TISDALE LAW OFFICES, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of September, 2018, filed the foregoing pleading with the Clerk of the Court via the CM/ECF Filing System which will automatically forward an electronic copy of same to all counsel of record.

/s/Thomas S. Rue