# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| d'Amico Dry d.a.c., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION No. 1:18-00284-KD-MU |
| Nikka Finance, Inc., as owner of M/V SEA GLASS II, | ) |
| Defendant. | ) |

## CLARIFYING ORDER

The trial beginning November 26, 2018 will concern only d'Amico Dry d.a.c.'s claim that Nikka Finance, Inc. is Primera Maritime (Hellas) Limited's alter ago. Any and all remaining claims will be determined only after that issue is resolved.

The Joint Pretrial Document should therefore be limited to the above-referenced issue.

**DONE** the 19th day of October 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**