IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| d'Amico Dry d.a.c., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 1:18-00284-KD-MU |
| | ) |
| Nikka Finance, Inc., | ) |
| as owner of M/V SEA GLASS II, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

D'Amico Dry d.a.c. alleges that Nikka Finance Inc. is the alter ego of Primera Maritime (Hellas) Limited. As part of d'Amico Dry d.a.c.'s case, it has attempted to obtain Nikka Finance Inc.'s corporate records. These records include, but are not limited to, a Memorandum of Agreement dated July 10, 2007. To date, that document has not been produced.

Accordingly, Nikka Finance Inc. is **ORDERED** to contact (1) the Law Offices of Potamitis Vekris (PotamitisVekris) and (2) the Scorinis Law Offices to request that they each search their records and ascertain whether the firm is in possession of the Memorandum of Agreement dated July 10, 2007. Nikka shall submit the Memorandum of Agreement and/or a response from the firm stating it does not possess the Memorandum of Agreement on or before **January 7, 2019**.

    **DONE** the 29th day of November 2018.

                                           /s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**