IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| d'Amico Dry d.a.c., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 1:18-00284-KD-MU |
| | ) |
| Nikka Finance, Inc., | ) |
| as owner of M/V SEA GLASS II, | ) |
| | ) |
| Defendant. | ) |

## ORDER

D'Amico Dry d.a.c. alleges that Nikka Finance Inc. is the alter ego of Primera Maritime (Hellas) Limited. As part of d'Amico Dry d.a.c.'s case, it has attempted to obtain Nikka Finance Inc.'s banking records. To date, Nikka has not produced Nikka's banking statements from 2008, 2009, and the first half of 2010.

Nikka banks with Piraeus Bank A.E. Accordingly, Nikka is **ORDERED** to contact Piraeus Bank A.E. and request Nikka Finance Inc.'s unredacted banking records from 2008, 2009, and 2010. Nikka's request should ask the bank to explain why it lacks the records should it not possess the requested records.

Nikka is ordered to submit these documents and/or a response from Piraeus Bank A.E. to the Court on or before **January 7, 2019**.

**DONE** the 29th day of November 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**