IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| d'Amico Dry d.a.c., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. 1:18-00284-KD-MU |
| | ) | |
| Nikka Finance, Inc., | ) | |
| as owner of M/V SEA GLASS II, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court entered its Findings of Fact and Conclusions of Law on Alter Ego on March 1, 2019. One of the remaining motions is Plaintiff d'Amico Dry d.a.c.'s "Motion For Leave To File Second Amended Complaint[.]" (Doc. 110). The Court addressed its intent with regard to this motion back in September 2018, during a motion hearing. The Court stated that it would proceed with addressing d'Amico's alter ego claim against Nikka and that the motion for leave to file a second amended complaint would remain unaddressed until after the alter ego claim against Nikka was resolved. (See Doc. 111 (September 6, 2018 Motion Hearing Transcript) at 8-14). Therefore, the motion for leave to file a second amended complaint remains pending.

In light of the Findings of Fact and Conclusions of Law on Alter Ego, d'Amico shall, on or before **March 29, 2019**, apprise the Court whether it continues to seek leave to file a second amended complaint.

**DONE** the 15th day of March 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**