# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

------------------------------------------------------------------
d'AMICO DRY D.A.C. (f/k/a d'amico Dry Ltd.), :
                                         :
                   **Plaintiff,** :
                                         : **Civil Action:  1:18-cv-00284-KD-MU**
          - against -                    : **IN ADMIRALTY**
                                         :
**NIKKA FINANCE INC.,** :
as owner of the SEA GLASS II, :
                                         :
                   **Defendants.** :
------------------------------------------------------------------

## NOTICE OF APPEAL

Defendant Nikka Finance Inc. hereby gives notice that it appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's orders in this case, including, but not limited to:

1. **Doc. 40:**   Order Denying Motion to Vacate Rule B Attachment, entered on 7/5/2018;

2. **Doc. 57:**   Endorsed Order Denying Motion to Reconsider (re Motion to Vacate Rule B Attachment), entered on 7/12/2018;

3. **Doc. 88:**   Endorsed Order Denying Motion to Stay Lawsuit Pending Resolution of Southern District of New York Action, entered on 8/16/2018; and,

4. **Doc. 192:**   Order Entered on Bench Trial, entered on 3/2/2019, and all rulings/orders subsumed therein, including *inter alia*: (i) Finding that Nikka is alter ego of Primera; (ii) Finding that Nikka is therefore liable for 2009 English judgment; (iii) Finding Summary Judgment (Doc. 143) is Moot; and (iv) Granting in Part Motion for Sanctions (Doc. 181).

Dated: March 29, 2019

Respectfully submitted,

**BURR & FORMAN LLP**

By: *s/John P. Kavanagh, Jr.*
John P. Kavanagh, Jr. (KAVAJ1011)
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Tel: 251-344-5151
Email: jkavanagh@burr.com


-and-


**BLANK ROME LLP**

By: */s/ William R. Bennett, III*
William R. Bennett, III*
Lauren B. Wilgus*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel.: (212) 885-5000
Email:  WBennett@BlankRome.com
          LWilgus@BlankRome.com

*Counsel for Defendant*
*Nikka Finance Inc.*

\**Pro hac vice*

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email), on this the 29th day of March, 2019.


Thomas S. Rue
J. Ben Segarra
Maynard Cooper & Gale PC
RSA Battle House Tower Suite 27000
11 North Water Street
Mobile, AL 36602-5027
Email: true@maynardcooper.com
       bsegarra@maynardcooper.com

Thomas Leonard Tisdale
Tisdale Law Offices, LLC
60 East 42nd Street
Suite 1638
New York, NY 10165
212-354-0025
Fax: 212-869-0067
Email: ttisdale@tisdale-law.com

                                            *s/John P. Kavanagh. Jr.*
                                            OF COUNSEL