# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 28, 2020

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 19-13517-GG
Case Style: d' Amico Dry d.a.c. v. Nikka Finance, Inc.
District Court Docket No: 1:18-cv-00284-KD-MU

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the motion to dismiss the cross-appeal is issued as the mandate of this court. See 11th Cir. R. 42-1(a). The main appeal will proceed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-13517-GG

_____

D' AMICO DRY D.A.C.,
f.k.a. d'Amico Dry Limited,

        Plaintiff - Appellant
        - Cross Appellee,

versus

NIKKA FINANCE, INC.,
as owner of the M/V SEA GLASS II,

        Defendant - Appellee
        - Cross Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to d' Amico Dry d.a.c.'s motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced cross-appeal was duly entered dismissed on this date, effective January 28, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joseph Caruso, GG, Deputy Clerk

FOR THE COURT - BY DIRECTION